Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–33732–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Alexander W. Arena
    1118 Munyon Dr
    Glassboro, NJ 08028–4900
Social Security No.:
    xxx–xx–6046

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on January 31, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 15 – 14
Order Neither Approving Nor Disapproving Reaffirmation Agreement (related document:14 Reaffirmation Agreement Between Debtor and Quicken Loans Inc. filed by Denise E. Carlon on behalf of Quicken Loans Inc.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/31/2018. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 31, 2018
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 17-33732-JNP
Alexander W. Arena                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 31, 2018
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
db              Alexander W. Arena,     1118 Munyon Dr,     Glassboro, NJ  08028-4900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
          Andrew  Sklar   andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Michael R. DuPont   on behalf of Creditor   Bridgeton Onized FCU dupont@redbanklaw.com,
          dana@redbanklaw.com
          Scott M. Zauber   on behalf of Debtor Alexander W. Arena szauber@subranni.com,
          ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.co
          m;hinnaurato@subranni.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5