Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 17−33732−JNP
        Chapter: 7
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander W. Arena
   1118 Munyon Dr
   Glassboro, NJ 08028−4900

Social Security No.:
   xxx−xx−6046

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on February 21, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 12
Order Approving Reaffirmation Agreement. (related document:12 Reaffirmation Agreement filed by Creditor American Honda Finance Corp.) Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/20/2018. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 21, 2018
JAN: cmf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Alexander W. Arena  
      Debtor

Case No. 17-33732-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2018  
                   Form ID: orderntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.  
db         Alexander W. Arena,    1118 Munyon Dr,    Glassboro, NJ  08028-4900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 21 2018 23:34:38     American Honda Finance Corp.,   P.O. Box 168088,   Irving, TX  75016-8088  
                                                                                                                     TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:  
       Andrew Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com  
       Denise E. Carlon     on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Michael R. DuPont     on behalf of Creditor    Bridgeton Onized FCU dupont@redbanklaw.com, dana@redbanklaw.com  
       Scott M. Zauber     on behalf of Debtor Alexander W. Arena szauber@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;hinnaurato@subranni.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                            TOTAL: 5