Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                            Case No.: 17−33732−JNP
                            Chapter: 7
                            Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexander W. Arena
   1118 Munyon Dr
   Glassboro, NJ 08028−4900

Social Security No.:
   xxx−xx−6046

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 9, 2018</u>               <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court